IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICO CORTEZ DUKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COLLIN COUNTY COURT, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:17-CV-2172-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff's "Criminal Complaint," filed *pro se* and *in forma pauperis*, be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. Plaintiff's "Criminal Complaint" is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 11th day of December, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE